**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **GLOBAL EQUITY MANAGEMENT** | ) | |
| **(SA) PTY. LTD.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 2:16-cv-001074** |
| **v.** | ) | |
| | ) | |
| **ALIBABA GROUP HOLDING, LTD.,** | ) | |
| **ALIBABA CLOUD COMPUTING, LTD.,** | ) | |
| **AND NIMBUS DEVELOPMENT, INC.** | ) | |
| **Defendants.** | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF RELATED CASES**

Pursuant to the Court's Order, as contained in Doc. No. 9 in Civil Action No. 2:15-cv-01702, Plaintiff Global Equity Management (SA) Pty. Ltd. ("GEMSA") hereby notifies the Court of other pending related cases that may be appropriate to consolidate:

1. 2:16-cv-0618, *GEMSA v. Ericsson, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

2. 2:16-cv-0619, *GEMSA v. Johnson & Johnson USA, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

3. 2:16-cv-0620, *GEMSA v. Philips, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

4. 2:16-cv-0621, *GEMSA v. SAP America, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

5. 2:16-cv-0622, *GEMSA v. Siemens Corporation, Amazon Web Services, Inc., and VADATA, Inc.;*

6.  2:16-cv-0623, *GEMSA v. The Nasdaq OMX Group, Inc., Nasdaq, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

7.  2:16-cv-0624, *GEMSA v. Ticketleap.com, LLC, TicketLeap, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

8.  2:16-cv-0625, *GEMSA v. Live Nation Entertainment (d/b/a Ticketmaster, Inc.), Amazon Web Services, Inc., and VADATA, Inc.;*

9.  2:16-cv-0626, *GEMSA v. Ubisoft Studio, Inc. (d/b/a Ubisoft), Amazon Web Services, Inc., and VADATA, Inc.;*

10. 2:16-cv-0627, *GEMSA v. General Electric Company, Amazon Web Services, Inc., and VADATA, Inc.;*

11. 2:16-cv-0628, *GEMSA v. McGraw Hill Financial, Inc. (d/b/a S&P Global and S&P Capital IQ), Amazon Web Services, Inc., and VADATA, Inc.;*

12. 2:16-cv-0629, *GEMSA v. Zynga, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

13. 2:16-cv-0630, *GEMSA v. ALE USA Inc. d/b/a Alcatel-Lucent Enterprise USA Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

14. 2:16-cv-0631, *GEMSA v. Uber Technologies, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

15. 2:16-cv-0632, *GEMSA v. Artek Surfin Chemicals, Ltd. (d/b/a Galata Chemicals, LLC), Amazon Web Services, Inc., and VADATA, Inc.;*

16. 2:16-cv-0633, *GEMSA v. Netflix, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

17. 2:16-cv-0634, *GEMSA v. AdRoll, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

18. 2:16-cv-0635, *GEMSA v. Spotify USA, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

19. 2:16-cv-0636, *GEMSA v. Hitachi America Ltd., Hitachi Ltd., Amazon Web Services, Inc., and VADATA, Inc.;*

20. 2:16-cv-0637, *GEMSA v. Zillow, Inc., Zillow Group, Inc., Amazon Web Services, Inc., and VADATA, Inc.;*

21. 2:16-0823, *GEMSA v. Amazon.com, Inc.*

Each of these complaints concern Plaintiffs' allegations of infringement of the claims of U.S. Pat. Nos. 6,690,400 and 7,356,677.

Plaintiff will notify the Court if other related cases are filed.

Respectfully submitted,
**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Laminack, Pirtle & Martines, LLP**

Buffy Martines
Texas Bar No. 24030311
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
(713) 292-2750
(713) 292-2755 (fax)
buffym@lpm-triallaw.com

**Attorneys for GEMSA**

## CERTIFICATE OF SERVICE

I hereby certify that this instrument will be served on this date on all counsel of record who have entered an appearance by ECF.

/s/ William P. Ramey, III
William P. Ramey, III